# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DAVID OWENS,

           Plaintiffs,

vs.

SALLY JEWEL,

           Defendant.

2:13-cv-01462-MMD-CWH

**ORDER**

      Before the Court is the government's Motion for Exception from Order Scheduling Early Neutral Evaluation Session (#11). The government requests the Court to authorize Assistant United States Attorney Patrick A. Rose, Esq. and client agency counsel to participate in the settlement conference without the appearance of the Assistant Attorney General for the Civil Division of the U.S. Department of Justice. The government states that the Chief of the Civil Division of the U.S. Attorney's Office will be available by telephone throughout the course of the settlement conference. Id.

      IT IS HEREBY ORDERED that the government's Motion for Exception from Order Scheduling Early Neutral Evaluation Session (#11) is GRANTED.

      IT IS FURTHER ORDERED that Assistant United States Attorney Patrick A. Rose, Esq. and client agency counsel may participate in the settlement conference without the appearance of the Assistant Attorney General for the Civil Division of the U.S. Department of Justice.

      IT IS FURTHER ORDERED that the Chief of the Civil Division of the U.S. Attorney's Office must be available by telephone throughout the course of the settlement conference.

      DATED this 14th day of February, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE